UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 05-11563 GAO

| | |
|---|---|
| TRUSTEES OF THE PAINTERS & ALLIED TRADES DISTRICT COUNCIL NO. 35 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, <br>    Plaintiff <br><br> v. <br><br> DAUPHINAIS CONSTRUCTION CO., <br>    Defendant <br><br> and <br><br> COMPONENT ASSEMBLY SYSTEMS, INC., and DRYWALL, LTD. <br>    Reach and Apply Defendants | DRYWALL, LTD.'S ANSWER |

Drywall, Ltd. answers the complaint as follows:

## COUNT I

1. No answer required.

2. Neither admits nor denies, as it has no knowledge.

3. Neither admits nor denies, as it has no knowledge.

4. Neither admits nor denies, as it has no knowledge.

5. Neither admits nor denies, as it has no knowledge.

6. Neither admits nor denies, as it has no knowledge.

7. Neither admits nor denies, as it has no knowledge.

## COUNT II

8-14. No answers required, as this Count is not directed to this defendant.

## COUNT III

15. Realleges its answers to paragraphs 1 through 7.

16. Admits.

17. Admits.

18. Neither admits nor denies as there is no paragraph 24 of the complaint as alleged.

19. Denies.

20. Neither admits nor denies, as it has no knowledge.

21. Neither admits nor denies, as it has no knowledge.

### FIRST AFFIRMATIVE DEFENSE

Defendant Dauphinais Construction Co. (Dauphinais) materially breached and abandoned its contracts with Drywall, Ltd. And is therefore owed nothing.

### SECOND AFFIRMATIVE DEFENSE

The complaint should be dismissed against this defendant for insufficiency of service process.

WHEREFORE, Drywall, Ltd. demands that the complaint against it be dismissed, and that it be awarded its costs.

*Joseph A. Pisarri*
JOSEPH A. PISARRI
B.B.O. # 400440
Corwin & Corwin LLP
One Washington Mall
Boston, MA 02108
(617) 742-3420

Dated: August 5, 2005

CERTIFICATE OF SERVICE: A copy of DRYWALL, LTD.'S ANSWER was mailed, postage prepaid to Michael A. Feinberg, Esquire, Feinberg, Campbell & Zack, P.C., 177 Milk Street, Boston, MA 02109 on August __5__, 2005.

_____
JOSEPH A. PISARRI