# UNITED STATES DISTRICT COURT

for the        District of        Massachusetts

Trustees of the Painters & Allied Trades
District Council No. 35 Health and Welfare
Pension and Annuity Funds

V.

Drywall, Ltd.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 11563 GAO**

TO: (Name and address of Defendant)

Robert Nelson
Drywall Limited
1020 Turnpike Street, #12
Canton, MA 02021

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael A. Feinberg, Esq.
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                    July 26, 2005
CLERK                                DATE

_(signature)_
(By) DEPUTY CLERK

**Norfolk County Sheriff's Department**  P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787
*Norfolk, ss.*

August 9, 2005

I hereby certify and return that on 8/4/2005 at 12:43PM I served a true and attested copy of the summons, complaint and civil action cover sheet in this action in the following manner: To wit, by delivering in hand to Cindy Tirrell, , person in charge at the time of service for Drywall Limited, at 1020 Turnpike Street, #12 Canton, MA 02021.Basic Service Fee ($30.00), Copies-Attestation ($5.00), Conveyance ($4.50), Postage and Handling ($1.00), Travel ($10.88) Total Charges $51.38

Deputy Sheriff Frederick J. Laracy

*Frederick J. Laracy*
*Deputy Sheriff*

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.