# UNITED STATES DISTRICT COURT

for the   District of   Massachusetts

Trustees of the Painters & Allied Trades
District Council No. 35 Health and Welfare,
Pension and Annuity Funds

**SUMMONS IN A CIVIL CASE**

V.

Component Assembly Systems, Inc.

CASE NUMBER:

# 05 11563 GAO

TO: (Name and address of Defendant)

Paul Pawlowski
Component Assembly Systems, Inc.
260 Salem Street
Medford, MA 02155

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael A. Feinberg, Esq.
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON    July 26, 2005
CLERK    DATE

*Gina Edge*
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**



**Deputy Sheriff Stephen Hickey**

Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

Middlesex, ss.

August 15, 2005

I hereby certify and return that on 8/11/2005 at 11:10AM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET in this action in the following manner: To wit, by delivering in hand to PAUL PAWLOWSKI at COMPONENET ASSEMBLY SYSTEMS, INC., 260 SALEM STREET, MEDFORD, MA 02155. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($1.20), Postage and Handling ($1.00), Travel ($3.20) Total Charges $40.40

_____
Deputy Sheriff

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                Signature of Server

                                   _____
                                   Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.