# UNITED STATES DISTRICT COURT

for the _____   District of   Massachusetts

Trustees of the Painters & Allied Trades
District Council No. 35 Health and Welfare,
Pension and Annuity Funds
V.

Dauphinais Construction Co.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 11563 GAO**

TO: (Name and address of Defendant)

James Dauphinais
Dauphinais Construction Co.
1333 Pearl Hill Road
Fitchburg, MA 01420

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael A. Feinberg, Esq.
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                    July 26, 2005
CLERK                                                  DATE

_Gina Edge_
(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss                                    08/26/2005

I hereby certify and return that on 08/24/2005 at 05:10pm I served a true and attested copy of the Summons and Complaint, Certificate of Service, Cover Sheet in this action in the following manner: To wit, by delivering in hand to JAMES DAUPHINAIS DAUPHINAIS CONSTRUCTION CO. at 1333 PEARL HILL RD, FITCHBURG, MA. Fees: Service 20.00, Travel 3.84, Conveyance 2.00, Attest 5.00 & Postage and Handling 1.00, Total fees: $31.84

Deputy Sheriff Terence N Slattery

_____
Deputy Sheriff

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                   Date                Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.