UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF THE PAINTERS & ALLIED TRADES DISTRICT COUNCIL NO. 35 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS<br>      Plaintiff. | )<br>)<br>)<br>)<br>) |
| v. | ) |
| Dauphinais Construction Co.<br>      Defendant. | ) Civil Action No.: 05-11563 GAO |
| Component Assembly Systems, Inc.<br>   Reach and Apply Defendant | ) |
| and | ) |
| Drywall, Ltd.<br>   Reach and Apply Defendant | ) |

**NOTICE OF WITHDRAWAL PURSUANT TO**
**RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Now comes the Plaintiffs, Trustees of the Painters and Allied Trades District Council No. 35 Health and Welfare, Pension and Annuity Funds and, pursuant to Rule 41 (a)(1)(i) of the Federal Rules of Civil Procedure, hereby withdraws their Complaint against Component Assembly Systems, Inc., as a Reach and Apply Defendant in the above-captioned matter without prejudice. Component Assembly Systems, Inc. has neither filed an answer nor motion for summary judgment.

Respectfully submitted,
For the Plaintiff,
PAINTERS & ALLIED TRADES
DISTRICT COUNCIL NO. 35
By its Attorney,

/s/ Michael A. Feinberg
Michael A. Feinberg, BBO #161400
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA  02109
(617) 338-1976

Dated:  October 12, 2005

## Certificate of Service

I, Michael A. Feinberg, Esq.. hereby certify that a copy of Plaintiff's Notice of Withdrawal was mailed this 12th day of October by first class mail upon James F. Grosso, Esq. O'Reilly, Grosso & Gross, P.C., 1671 Worcester Road, Suite 205, Framingham, MA 01701-5400, counsel for Component Assembly Systems, Inc..

/s/ Michael A. Feinberg
Michael A. Feinberg