UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF THE PAINTERS & ALLIED TRADES DISTRICT COUNCIL NO. 35 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS<br><br>Plaintiffs,<br><br>v.<br><br>Dauphinais Construction Co.<br><br>Defendant<br><br>Drywall, Ltd.<br><br>Reach and Apply Defendant | C. A. No. 05-11563-GAO |

**JOINT MOTION TO CONTINUE NOTICE OF SCHEDULING CONFERENCE**

A Scheduling Conference is scheduled in the above referenced matter for November 16, 2005 at 2:00 p.m. The parties jointly request that the Scheduling Conference be continued for not less than sixty days. The Plaintiffs intend to file a Motion for Default against the primary defendant and expect this matter to be resolved and move that the Initial Status Conference be rescheduled for not less than 60 days and that the time for all the LR 16.1 filings be adjusted accordingly.

| | |
|---|---|
| For the Plaintiffs,<br>TRUSTEES OF THE PAINTERS &<br>ALLIED TRADES DISTRICT COUNCIL<br>NO. 35 HEALTH AND WELFARE, PENSION<br>AND ANNUITY FUNDS<br>By its Attorney, | For the Reach and Apply<br>Defendant<br>DRYWALL, LTD.<br><br><br><br>By its Attorney, |
| /s/ Michael A. Feinberg<br>Michael A. Feinberg, B.B.O. #161400<br>Feinberg, Campbell & Zack, P.C.<br>177 Milk Street<br>Boston, MA 02109 | /s/ Joseph A. Pisarri<br>Joseph A. Pisarri, B.B.O. # 400440<br>Corwin & Corwin LLP<br>One Washington Mall<br>Boston, MA 02108 |

Dated: November 14, 2005