UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF THE PAINTERS & ALLIED TRADES DISTRICT COUNCIL NO. 35 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS<br><br>      Plaintiffs,<br><br>v.<br><br>Dauphinais Construction Co.<br><br>      Defendant<br><br>Drywall, Ltd.<br><br>    Reach and Apply Defendant | C. A. No. 05-11563-GAO |

## REQUEST FOR NOTICE OF DEFAULT

Plaintiff respectfully requests that the Court issue a Notice of Default to Defendant Dauphinais Construction, Co., in the above-captioned action. Defendant Dauphinais Construction Co., was served with the complaint on August 24, 2005. Copies of proof of service are attached. As of this date, Defendant has not filed an Answer or any other responsive pleading to the complaint.

                Plaintiff,
                Trustees of the Painters & Allied Trades District
                Council No. 35 Health and Welfare, Pension and
                Annuity Funds
                By its attorney,

                /s/ Michael A. Feinberg
                Michael A. Feinberg, BBO #161400
                Feinberg, Campbell & Zack, P.C.
                177 Milk Street
                Boston, MA 02109
Dated: November 15, 2005      (617) 338-1976