# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **TRUSTEES OF PAINTERS** | CIVIL ACTION |
| Plaintiff | |
| | NO. 05-11563-GAO |
| V. | |
| **DAUPHINAIS CONSTRUCTION** | |
| Defendant | |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, **TRUSTEES OF PAINTERS** for an order of Default for failure of the Defendant, **DAUPHINAIS CONSTRUCTION**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this __17__ day of __JANUARY, 2006__ .

SARAH A. THORNTON
CLERK OF COURT

PAUL S. LYNESS
By: _____
**Deputy Clerk**

**Notice mailed to:**

(Default Notice.wpd - 3/7/2005)