UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF THE PAINTERS & ALLIED TRADES DISTRICT COUNCIL NO. 35 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS )<br><br>Plaintiffs, )<br><br>v. )<br><br>Dauphinais Construction Co. )<br><br>Defendant )<br><br>Drywall, Ltd. )<br><br>Reach and Apply Defendant ) | C. A. No. 05-11563-GAO |

## JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE

    A Scheduling Conference is scheduled in the above referenced matter for January 19, 2006 at 2:00 p.m.  The Plaintiffs have filed a Notice of Default against the Defendant for failure to file an Answer after having been properly served with the Complaint.  The Reach and Apply Defendant expects to have approximately $40,000 to $50,000 within its control and possession in the next 90 days that would have been due the Defendant but for its abandonment and failure to properly perform its job with the Reach and Apply Defendant.  It is expected that the Plaintiffs will reach a satisfactory resolution of this matter with the Reach and Apply Defendant in the next 90 days

    For this reason, the Plaintiffs and the Reach and Apply Defendant jointly request that the Scheduling Conference be continued for not less than ninety (90) days and that the time for all LR 16.1 filings be adjusted accordingly.

| | |
|---|---|
| For the Plaintiffs,<br>By their Attorney, | For the Reach and Apply Defendant<br>By its Attorney, |
| /s/ Michael A. Feinberg<br>Michael A. Feinberg, B.B.O. #161400<br>Feinberg, Campbell & Zack, P.C.<br>177 Milk Street<br>Boston, MA 02109 | /s/ Joseph A. Pisarri<br>Joseph A. Pisarri, B.B.O. # 400440<br>Corwin & Corwin LLP<br>One Washington Mall<br>Boston, MA 02108 |

Dated:  January 17, 2006