U UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TRUSTEES OF THE PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 35 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS<br>    Plaintiff,<br><br>v.<br><br>DAUPHINAIS CONSTRUCTION<br>    Defendant,<br><br>and<br><br>DRYWALL, LTD.,<br>    Reach and Apply Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No.: 05-11563-GAO<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Please enter my appearance as counsel for the Trustees of the Painters and Allied Trades District Council No. 35 Health and Welfare, Pension and Annuity Funds in the above-captioned matter.

Dated: May 1, 2006

Respectfully submitted,
Jonathan M. Conti
BBO #657163
FEINBERG, CAMPBELL & ZACK, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

/s/ Jonathan M. Conti
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

      I, Jonathan M. Conti, attorney for the Plaintiffs, hereby certify that on this day I mailed a copy of the within document by first class mail, postage prepaid, to:

| | |
|---|---|
| James Dauphinais | Joseph A. Pisari, Esq. |
| Dauphinais Construction, Inc. | Corwin & Corwin, LLP |
| 23 Village Inn Road | One Washington Mall |
| Westminster, MA 01473 | Boston, MA 02108. |

      /s/ Jonathan M. Conti
      Jonathan M. Conti

DATED:  May 1, 2006.