UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF THE PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 35 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS<br>    Plaintiff,<br><br>v.<br><br>DAUPHINAIS CONSTRUCTION<br>    Defendant,<br><br>and<br><br>DRYWALL, LTD.,<br>    Reach and Apply Defendant. | C.A. No.: 05-11563-GAO |

**AFFIDAVIT OF JONATHAN M. CONTI
IN SUPPORT OF AWARD OF ATTORNEY'S FEES AND COSTS**

Jonathan M. Conti deposes and says as follows:

1.  I am an attorney associated with the law firm of Feinberg, Campbell & Zack, P.C., located at 177 Milk Street, Boston, MA 02109. I am admitted to practice before the United States District Court for the District of Massachusetts and the Massachusetts Supreme Judicial Court. I have acted as the legal representative of the Painters and Allied Trades District Council No. 35 for the purposes of the above-captioned matter.

2.  The amount of time this office has expended in pursuing the enforcement of the arbitration award has been 6 hours charged at the rate of $195.00 per hour. Accordingly, the amount of legal fees incurred by the Fund as a result of work

      performed by this office is $1,170.00.  The costs incurred total $205.80 (see attached Exhibit 1).

3.     The total attorney's fees and costs incurred by the Plaintiff are $1,375.80.

SIGNED UNDER PENALTIES OF PERJURY THIS 1st DAY OF MAY, 2006.

                        /s/ Jonathan M. Conti  
                        Jonathan M. Conti  
                        BBO# 657163

Detail Transaction File List
Feinberg, Campbell & Zack, P.C.

| Client | Trans Date | Hours to Bill | Amount | |
|---|---|---|---|---|
| Dauphinais Construction | | | | |
| Painters & Allied Trades D.C.#35 Funds | | | | |

**Fees**

| | | | | |
|---|---|---|---|---|
| 128.060 | 02/07/2006 | 1.00 | 195.00 | Review of file; Corporate research |
| 128.060 | 04/21/2006 | 1.00 | 195.00 | Review file; Research court dockets; Telephone conference with Drywall's attorney; Review faxed documents from Drywall |
| 128.060 | 04/24/2006 | 3.50 | 682.50 | Conferences with Attorney Feinberg; Telephone conference with Attorney for Drywall Prepare for and attend scheduling conference; Draft Default documents |
| 128.060 | 04/25/2006 | 0.50 | 97.50 | Edit Default documents |
| Total for Fees | | 6.0 | 1170.00 | |

**Advances**

| | | | | |
|---|---|---|---|---|
| 128.060 | 08/04/2005 | 1 | 51.38 | Service of Summons and Complaint on Drywall Limited by Norfolk County Sheriff's Department |
| 128.060 | 08/11/2005 | 1 | 40.40 | Service of Summons and Complaint on Paul Pawlowski, Component Systems by Middlesex Sheriff's Office |
| 128.060 | 08/24/2005 | 1 | 31.84 | Service of Summons and Complaint: Worcester County Sheriff's Office |
| 128.060 | 03/31/2006 | 1 | 82.18 | Online Computer Research Charges via Lexis-Nexis during the month of March |
| Total for Advances | | | 205.80 | |
| GRAND TOTAL | | | 1375.80 | |