UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF THE PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 35 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS<br>　　　Plaintiff,<br><br>v.<br><br>DAUPHINAIS CONSTRUCTION<br>　　　Defendant,<br><br>and<br><br>DRYWALL, LTD.,<br>　　　Reach and Apply Defendant. | C.A. No.: 05-11563-GAO |

## JUDGMENT

A default has been entered against Dauphinais Construction, Inc., on January 17, 2006, for failing to answer or otherwise defend.

Now, upon application and declaration of Plaintiff demonstrating that Defendant owes Plaintiff the sum of $138,792.14 in delinquent fringe benefit contributions, liquidated damages in the amount of $27,758.43, and reasonable attorney's fees and costs in the amount of $1,375.80; and that Defendant, Dauphinais Construction, Inc., is not an infant nor an incompetent person, nor in the military service of the United States, it is hereby:

ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendant the sum of $167,926.37. Motions for default judgment brought by the Plaintiff in the

above-captioned action were submitted to the Court and subsequently filed with the Clerk.

Dated this __23__ day of __May__, 2006.

BY THE COURT

__/s/ George A. O'Toole, Jr__
U.S. District Court Judge