**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: Trustees of the Painters and Allied Trades District Council No. 35 Health and Welfare, Pension and Annuity Funds | COURT CASE NUMBER: 05-11563-GAO |
| DEFENDANT: Dauphinais Construction, INc. | TYPE OF PROCESS: First Execution |

SERVE AT:
- NAME: James Dauphinais, Dauphinais Construction, Inc.
- ADDRESS: 23 Village Inn Road, Westminster, MA 01473

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jonathan M. Conti, Esq.
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109

- Number of process to be served with this Form 285: 1
- Number of parties to be served in this case: 1
- Check for service on U.S.A.: 

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: 617-338-1976
DATE: 6/12/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
- Total Process: 1
- District of Origin No.: 38
- District to Serve No.: 38
- Signature of Authorized USMS Deputy or Clerk: [signature] NM 6-19-0
- Date: 6/14/06

[ ] I hereby certify and return that I have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[X] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
[ ] A person of suitable age and discretion then residing in defendant's usual place of abode
Address (complete only different than shown above):
Date:
Time: [ ] am [ ] pm
Signature of U.S. Marshal or Deputy:

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 45.00 | 21.17 | — | 66.17 | -0- | 66.17 |

REMARKS: Process forwarded to USMS Worcester at Return unexecutable Inurdival/Business no longer at address. Spoke with and verified with neighbor/Business next door to verify. 7-11-06 GWO

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 12/15/80
Automated 01/00

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FIRST EXECUTION**                                   **CIVIL ACTION 05-11563-GAO**

To the United States Marshall for the District of Massachusetts or his deputies and to the Sheriffs of the Counties of the Commonwealth of Massachusetts or their Deputies;

**WHEREAS, Trustees of the Painters and Allied Trades District Council No. 35 Health and Welfare, Pension and Annuity Funds**, have recovered a Judgment in this Court against **Dauphinais Construction, Inc.**, on the 23rd day of May, 2006 for the sum of **$167,926.37** debt or damage, including pre-judgment interest as to us appears of record, whereof this First Execution remains to be done.

**WE COMMAND YOU**, therefore, that of the goods and chattels or lands of said Judgment Debtor, you cause to be paid and satisfied unto the Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of $167,926.37 in the whole, with interest thereon at the rate of 4.98% from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

**HEREOF FAIL NOT** and make due return of this Writ with your doings thereon into the Clerk's office of our said Court, at Boston, Massachusetts within twenty (20) years after the date of said judgment or within ten (10) days after this Writ has been satisfied or discharged.

Dated at Boston, Massachusetts this 7 day of June, 2006.

By: _Paul S. Lyness_
    Deputy Clerk